AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN <br><br> *Plaintiff(s)* <br><br> v. <br><br> COMPOUND DAO; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-7781 WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AH Capital Management, LLC
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801

Additional Defendants listed on following page

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Harrow
Gerstein Harrow LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

*Signature of Clerk or Deputy Clerk*

Date:  12/9/2022

Additional Defendants in 22-cv-7781 (*Houghton et al. v. Compound DAO et al.*)

Bain Capital Ventures (GP), LLC
4001 KENNETT PIKE, SUITE 302
Wilmington, DE 19807

Compound DAO
c/o Polychain Alchemy, LLC
108 W. 13TH STREET SUITE 100
Wilmington, DE 19801

Gauntlet Networks, Inc.
114 HOCKESSIN DRIVE
Hockessin, DE 19707

Geoffrey Hayes
3001 19th St Ste 201
San Francisco, CA 94110-2020

Robert Leshner
3001 19th St Ste 201
San Francisco, CA 94110-2020

Paradigm Operations LP
850 NEW BURTON ROAD SUITE 201
Dover, DE 19904

Polychain Alchemy, LLC
108 W. 13TH STREET SUITE 100
Wilmington, DE 19801