Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*appearing pro hac vice*)
Emily Gerrick*
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

James Crooks
(*appearing pro hac vice*)
Michael Lieberman
(*pro hac vice application forthcoming*)
FAIRMARK PARTNERS, LLP
1499 Massachusetts Ave. NW, #113A
Washington, DC 20005
jamie@fairmarklaw.com
(619) 507-4182

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP); GAUNTLET NETWORKS, INC; PARADIGM OPERATIONS LP,<br><br>Defendants. | CASE NO.: 3:22-cv-07781-WHO<br><br>Judge: Hon. William H. Orrick III<br>Complaint Filed: December 8, 2022<br><br>**JOINT STIPULATION AND ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT (2) VACATING CASE MANAGEMENT CONFERENCE AND (3) VACATING ADR DEADLINES** |

1  Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin, individually and on behalf of all others similarly situated (the "Plaintiffs"), and Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), Gauntlet Networks, Inc. and Paradigm Operations LP hereby stipulate and agree as follows:

WHEREAS, on December 8, 2022, Plaintiffs filed the complaint in the above-captioned action ("Action"), a putative class action arising under Sections 5 and 12(a)(1) of the Securities Act of 1933 ("Securities Act"), including the Private Securities Litigation Reform Act of 1995 (the "PLSRA"), 15 U.S.C. § 78u-4, among other claims, against Compound DAO, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), Gauntlet Networks, Inc., Paradigm Operations LP, Robert Leshner and Geoffrey Hayes (the "Defendants");

WHEREAS, Section 12D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. 78u-4(a)(3)(A)(i), requires a plaintiff to cause a public notice to be published within 20 days of filing a putative class action that arises under the PSLRA, which notice Plaintiffs published on December 9, 2022;

WHEREAS, any purported class member has 60 days from the date the notice was published to move the Court to serve as lead plaintiff on behalf of the putative class, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

WHEREAS, the Court must appoint a lead plaintiff no later than 90 days after the notice was published, 15 U.S.C. § 78u-4(a)(3)(B)(i);

WHEREAS, once selected, the lead plaintiff will then select lead counsel, subject to the Court's approval, 15 U.S.C. § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, on December 9, 2022, the Court entered an Order setting an Initial Case Management Conference ("CMC") for March 14, 2023 at 2:00 p.m. (Dkt. No. 9);

WHEREAS, the parties agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, no response to any pleading in this Action, including any motion brought pursuant to Federal Rule of Civil Procedure 12, should occur until after the Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA and an amended

complaint is filed or an operative complaint is identified;

WHEREAS, the parties agree that the Case Management Conference and all associated deadlines, including all ADR Multi-Option Program deadlines, should be continued until the Court has appointed lead plaintiff and lead counsel and decided Defendants' forthcoming motion to dismiss; and

WHEREAS, there have been no previous time modifications in this case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, by an between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. No Defendant who is a party to this stipulation is required to respond to the complaint previously filed in this Action.

2. The Court mandated ADR Multi-Option program deadlines are vacated and reset after the Court's ruling on any motion to dismiss the amended complaint or any other motion to dismiss that may be subsequently filed.

3. The Case Management Conference currently scheduled for March 14, 2023 at 2:00 PM shall be vacated and rescheduled to a date of the Court's choosing after its ruling on any motion to dismiss the amended complaint or any other motion to dismiss that may be subsequently filed.

4. Following an order on the forthcoming lead plaintiff motions, counsel for Defendants and Court-appointed lead counsel agree to promptly meet and confer and, within 14 days of the order, jointly submit a proposed schedule regarding the filing of an amended complaint, Defendants' response thereto, and all associated briefing, consistent with the Court's order appointing such lead plaintiff(s) and lead counsel.

5. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

DATED:  December 29, 2022

JASON HARROW
jason@gerstein-harrow.com

*/s/  Jason Harrow*
Attorney for Plaintiffs
AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similar situated

GERSTEIN HARROW LLP
3243B S. La Cienaga Blvd.
Los Angeles, California 90016
Telephone: (323) 544-5293

MORRISON COHEN LLP

By:  */s/  Edward Gilbert*
Jason Gottlieb
(*pro hac vice application forthcoming*)
Edward P. Gilbert
(*pro hac vice application forthcoming*)
Vani Upadhyaya
(*pro hac vice application forthcoming*)
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendants*
*Robert Leshner, Geoffrey Hayes,*
*and Gauntlet Networks, Inc.*

LATHAM & WATKINS LLP

*/s/ Matthew Rawlinson*
Matthew Rawlinson (Cal. Bar No. 231890)
   *matt.rawlinson@lw.com*
   140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Douglas K. Yatter (Cal. Bar No. 236089)
   *douglas.yatter@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200

*Attorneys for Defendant AH Capital Management, L.L.C.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jennifer Kennedy Park*
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Road
Palo Alto, CA 94304

Roger A. Cooper (*Pro Hac Vice* forthcoming)
Jared Gerber (*Pro Hac Vice* forthcoming)
Samuel Levander (*Pro Hac Vice* forthcoming)
One Liberty Plaza
New York, NY 10006

*Attorneys for Defendant Polychain Alchemy, LLC*

JENNER & BLOCK LLP

*/s/ Benjamin T. Halbig*
Benjamin T. Halbig (Cal. Bar No. 321523)
bhalbig@jenner.com
455 Market Street Suite 2100
San Francisco, CA 94105-2453
Telephone: +1 628 267 6800

Kayvan B. Sadeghi (*pro hac vice forthcoming*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: +1 212 891 1600

*Attorneys for Defendant Bain Capital Ventures (GP), LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Peter B. Morrison*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendant Paradigm Operations LP*

4
JOINT STIPULATION (1) EXTENDING TIME TO RESPOND TO COMPLAINT
(2) VACATING CASE MANAGEMENT CONFERENCE AND (3) VACATING ADR DEADLINES
CASE NO. 3:22-CV-07781-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __December 29__, 2022

By: __[signature]__

HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

### FILER'S ATTESTATION

I, Peter B. Morrison, am the ECF User whose ID and password are being used to file this Joint Stipulation Adjourning Sine Dine the Time to Respond to Complaint and the Scheduled Case Management Conference. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: __/s/ Peter B. Morrison__
Peter B. Morrison