Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*admitted pro hac vice*)
Emily Gerrick\*
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

James Crooks
(*admitted pro hac vice*)
Michael Lieberman
(*admitted pro hac vice*)
FAIRMARK PARTNERS, LLP
1825 7th Street NW, #821
Washington, DC 20001
jamie@fairmarklaw.com
(619) 507-4182

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL, VENTURES (GP), LLC; GAUNTLET NETWORKS, INC; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**Hon. William H. Orrick**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN AS LEAD COUNSEL AND TO APPROVE LEAD COUNSEL**<br><br>**Date: February 6, 2023<br>Hearing Date: March 8, 2023<br>2:00 pm, Courtroom 2** |

1
**[PROPOSED] ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND COUNSEL**

1  For good cause shown, the Court ORDERS that Plaintiffs Amanda Houghton,
2  Charles Douglas, and Susan Franklin be appointed Lead Plaintiff on behalf of a class
3  consisting of all people who purchased or obtained COMP on or after December 8,
4  2021, while excluding from the class Defendants; corporate officers, members of the
5  boards of directors, and senior executives of Defendants; members of their immediate
6  families and their legal representatives, heirs, successors or assigns; and any entity
7  in which Defendants have or had a controlling interest. The Court further ORDERS
8  that Lead Plaintiffs' selection of Gerstein Harrow LLP and Fairmark Partners, LLP
9  as Lead Counsel for the Class is hereby approved.

11  SO ORDERED.

13  _____
14  The Hon. William H. Orrick
15  U.S. District Judge

Respectfully submitted,

*/s/ Jason Harrow*
Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293(323) 744-5293

Charles Gerstein
(*admitted pro hac vice*)
Emily Gerrick*
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

James Crooks
(*admitted pro hac vice*)
Michael Lieberman
(*admitted pro hac vice*)
FAIRMARK PARTNERS, LLP
1825 7th St. NW, #821
Washington, DC 20001
jamie@fairmarklaw.com
(619) 507-4182

*Attorneys for Plaintiffs*

* *Admitted to practice in Texas only. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(8), with supervision by Charles Gerstein.*