

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

February 7, 2023

RE:  Houghton v. Leshner
     22-cv-07781-WHO

Default is declined as to COMPOUND DAO on February 7, 2023.  Counsel must seek leave of court to serve a party through a compound community forum.

Mark B. Busby, Clerk of Court

by:  Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

*REV. 7-19*