PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

ALEXANDER C. DRYLEWSKI (appearing *pro hac vice*)
alexander.drylewski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:    (212) 735-0411

Attorneys for Defendant
PARADIGM OPERATIONS LP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP); GAUNTLET NETWORKS, INC; PARADIGM OPERATIONS LP, <br><br> Defendants. | CASE NO.: 3:22-cv-07781-WHO <br><br> Judge: Hon. William H. Orrick III <br> Complaint Filed: December 8, 2022 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER (1) SETTING A DEADLINE FOR FILING AN AMENDED COMPLAINT (2) SETTING A BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS AND (3) CONTINUING THE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), Gauntlet Networks, Inc., and Paradigm Operations LP ("Defendants" and, with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, on December 8, 2022, Plaintiffs filed the complaint in the above-captioned action ("Action"), a putative class action arising under Sections 5 and 12(a)(1) of the Securities Act of 1933 ("Securities Act"), including the Private Securities Litigation Reform Act of 1995 ("PLSRA"), 15 U.S.C. § 78u-4, against Compound DAO and Defendants;

**WHEREAS**, on December 9, 2022, the Court entered an Order setting an Initial Case Management Conference ("CMC") for March 14, 2023 (ECF 9);

**WHEREAS**, on December 29, 2022, the Court issued an Order: (i) that no Defendant was required to respond to the previously filed complaint; (ii) vacating the Court-mandated ADR Multi-Option program deadlines, to be reset to a date after the Court rules on any motions to dismiss the amended complaint in the Action; (iii) vacating the March 14, 2023 CMC to be rescheduled to a date of the Court's choosing after it rules on any motions to dismiss the amended complaint or any other motions to dismiss that may be subsequently filed; and (iv) directing the Parties to meet and confer and, within 14 days of the Court's order on the then-forthcoming lead plaintiff motions, jointly submit a proposed schedule regarding the filing of an amended complaint, Defendants' response thereto, and all associated briefing (ECF 30);

**WHEREAS**, on March 13, 2023, the Court issued an Order appointing Plaintiffs as lead plaintiffs and approving Plaintiffs' selection of Gerstein Harrow LLP and Fairmark Partners LLP as lead counsel (ECF 73 (the "Lead Plaintiff Order"));

**WHEREAS**, in connection with the Lead Plaintiff Order, the Court also set a CMC for April 11, 2023 at 2:00 p.m., with a corresponding Case Management Conference Statement due on April 4, 2023;

**WHEREAS**, under the PSLRA, "all discovery and other proceedings shall be stayed during

1   the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B); and

2   **WHEREAS**, the Parties agree that, in light of the PSLRA's requirements, and in the interests
3   of judicial economy, conservation of time and resources, and orderly management of this Action, the
4   Case Management Conference and all associated deadlines should be continued until the Court rules
5   on any motions to dismiss the forthcoming amended complaint or any other motions to dismiss that
6   may be subsequently filed;

7   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local
8   Rules 6-1(b), 6-2 and 7-12, by and between the undersigned counsel for the undersigned parties,
9   subject to Court approval, as follows:

10   1.   Plaintiffs shall file any amended complaint by March 31, 2023.

11   2.   The time for any properly served Defendant to answer, move, or otherwise respond
12   to the amended complaint, including bringing any motion pursuant to Federal Rule of Civil
13   Procedure 12, shall be 42 days from the filing of Plaintiffs' amended complaint.

14   3.   The time for Plaintiffs to oppose any motion filed pursuant to Federal Rule of Civil
15   Procedure 12 shall be 42 days from the filing of that motion.

16   4.   Reply papers, if any, in support of a motion filed pursuant to Federal Rule of Civil
17   Procedure 12 shall be filed within 28 days of the filing of Plaintiffs' opposition to that motion.

18   5.   The Case Management Conference currently scheduled for April 11, 2023 at
19   2:00 p.m. and the associated ADR deadlines shall be vacated and rescheduled to a date of the Court's
20   choosing after it rules on any motion to dismiss the amended complaint or any other motion to
21   dismiss that may be subsequently filed.

22   6.   Nothing herein shall be deemed to constitute a waiver of any rights, defenses,
23   objections or any other application to any court that any party may have with respect to the claims
24   set forth in the complaint or any amended complaint filed in this Action.

2

JOINT STIPULATION (1) SETTING A DEADLINE FOR FILING AN AMENDED COMPLAINT (2) SETTING A BRIEFING SCHEDULE
FOR ANY MOTIONS TO DISMISS AND (3) CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 3:22-CV-07781-WHO

| | | |
|---|---|---|
| 1 | DATED: March 27, 2023 | JASON HARROW<br>jason@gerstein-harrow.com |

*/s/ Jason Harrow*

Jason Harrow
Charles Gerstein (appearing *pro hac vice*)
Emily Gerrick (*pro hac vice* application forthcoming)
GERSTEIN HARROW LLP
3243B S. La Cienaga Blvd.
Los Angeles, California 90016
Telephone: (323) 544-5293

James Crooks (appearing *pro hac vice*)
Michael Lieberman (appearing *pro hac vice*)
FAIRMARK PARTNERS, LLP
1499 Massachusetts Ave. NW, #113A
Washington DC, 20005
jamies@fairmarklaw.com
(619) 507-4182

*Attorneys for Plaintiffs*
AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similar situated

MORRISON COHEN LLP

By: */s/ Jason Gottlieb*
Jason Gottlieb
(appearing *pro hac vice*)
Edward P. Gilbert
(appearing *pro hac vice*)
Vani Upadhyaya
(appearing *pro hac vice*)
909 Third Avenue
New York, New York 10022
(212) 735-8600

LONDON & STOUT P.C.

*/s/ Ellen London*
Ellen London (SBN 325580)
elondon@londstoutlaw.com
19999 Harrison St., Suite 655
Oakland, CA 94612
(415) 862-8494

*Attorneys for Defendants*
*Robert Leshner, Geoffrey Hayes,*
*and Gauntlet Networks, Inc.*

1  LATHAM & WATKINS LLP

2  */s/ Matthew Rawlinson*
   Matthew Rawlinson (Cal. Bar No. 231890)
3      *matt.rawlinson@lw.com*
   140 Scott Drive
4  Menlo Park, CA 94025-1008
   Telephone: +1.650.328.4600
5
   Douglas K. Yatter (Cal. Bar No. 236089)
6      *douglas.yatter@lw.com*
   1271 Avenue of the Americas
7  New York, New York 10020
   Telephone: +1.212.906.1200
8
   *Attorneys for Defendant AH Capital Management, L.L.C.*
9
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
10
   /s/  *Jennifer Kennedy Park*
11 Jennifer Kennedy Park (SBN 344888)
   jkpark@cgsh.com
12 1841 Page Mill Road
   Palo Alto, CA 94304
13
   Roger A. Cooper (appearing *pro hac vice*)
14 Jared Gerber (appearing *pro hac vice*)
   Samuel Levander (appearing *pro hac vice*)
15 One Liberty Plaza
   New York, NY 10006
16
   *Attorneys for Defendant Polychain Alchemy, LLC*
17
   JENNER & BLOCK LLP
18
   */s/ Kayvan Sadeghi*
19 Kayvan B. Sadeghi (appearing *pro hac vice*)
   ksadeghi@jenner.com
20 1155 Avenue of the Americas
   New York, NY 10036-2711
21 Telephone: +1 212 891 1600

22 Benjamin T. Halbig (Cal. Bar No. 321523)
   bhalbig@jenner.com
23 455 Market Street Suite 2100
   San Francisco, CA 94105-2453
24 Telephone: +1 628 267 6800

25 *Attorneys for Defendant Bain Capital Ventures (GP), LLC*

26

27

28
4
JOINT STIPULATION (1) SETTING A DEADLINE FOR FILING AN AMENDED COMPLAINT (2) SETTING A BRIEFING SCHEDULE
FOR ANY MOTIONS TO DISMISS AND (3) CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. 3:22-CV-07781-WHO

|   |   |
|---|---|
| 1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | */s/ Peter Morrison* |
| 3 | Peter B. Morrison (SBN 230148)<br>peter.morrison@skadden.com |
| 4 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 |
| 5 | Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| 6 | *Attorneys for Defendant Paradigm Operations LP* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2023

By:_____

HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Peter B. Morrison, am the ECF User whose ID and password are being used to file this Joint Stipulation (1) Setting A Deadline For Filing An Amended Complaint (2) Setting A Briefing Schedule For Any Motions To Dismiss And (3) Continuing The Case Management Conference. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: */s/ Peter B. Morrison*
Peter B. Morrison