**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amanda Houghton; Charles Douglas; and Susan Franklin, | Case No. 3:22-cv-07781-WHO |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| Compound DAO; Robert Leshner; Geoffrey Hayes; AH Capital Management, LLC; Polychain Alchemy, LLC; Bain Capital Ventures (GP), LLC; Gauntlet Networks, Inc.; Paradigm Operations LP, | |
| Defendants. | Hearing Date: August 9, 2023<br>Time: 2:00 PM<br>Courtroom: Courtroom 2<br>Before: Hon. William H. Orrick |

**THIS MATTER** having come before the Court on Plaintiffs' Amended Complaint and Defendants' Motion to Dismiss and the opposition thereto, and the Court having considered the motion on August 9, 2023, at 2:00 P.M. PT, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is GRANTED and the claims asserted against Defendants and Compound DAO are hereby DISMISSED with prejudice.

Dated: _____ , 2023

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge