

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

June 23, 2023

RE:  Houghton v. Leshner
     22-cv-07781-WHO

Default is declined as to Compound DAO on June 23, 2023.  Plaintiff states service was on Co-Defendant Polychain Alchemy LLC, the general partner of Compound DAO with the largest stake in its governance process.  We are am unable to verify this information.  The Agent for Service of Process was not served.  Counsel must seek leave of court to serve a party through a compound community forum.

Mark B. Busby, Clerk of Court

by:  Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

*REV. 7-19*