| | |
|---|---|
| Jason Harrow<br>(Cal. Bar No. 308560)<br>GERSTEIN HARROW LLP<br>3243B S. La Cienega Blvd.<br>Los Angeles, CA 90016<br>jason@gerstein-harrow.com<br>(323) 744-5293<br><br>Charles Gerstein<br>(*pro hac vice*)<br>Emily Gerrick<br>(*pro hac vice*)<br>GERSTEIN HARROW LLP<br>810 7th Street NE, Suite 301<br>Washington, DC 20002<br>charlie@gerstein-harrow.com<br>(202) 670-4809 | James Crooks<br>(*pro hac vice*)<br>Michael Lieberman<br>(*pro hac vice*)<br>FAIRMARK PARTNERS, LLP<br>1825 7th Street NW, #821<br>Washington, DC 20001<br>jamie@fairmarklaw.com<br>(619) 507-4182 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 22-cv-7781-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint filed: December 8, 2022<br>Before the Hon. William H. Orrick** |

**[~~PROPOSED~~] ORDER**

In light of the Parties' stipulated request, the Court hereby orders that:

1. The Initial Case Management Conference is continued to October 31, 2023 at 2 pm. All related deadlines are reset accordingly.

2. Defendants' time to Answer is extended to and including October 25, 2023.

Dated: September 27, 2023


_____
The Hon. William H. Orrick
United States District Judge