| | |
|---|---|
| STEVEN G. SKLAVER (237612)<br>ssklaver@susmangodfrey.com<br>OLEG ELKHUNOVICH (269238)<br>oelkhunovich@susmangodfrey.com<br>ROHIT D. NATH (316062)<br>rnath@susmangodfrey.com<br>NICHOLAS N. SPEAR (304281)<br>nspear@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>JASON HARROW (308560)<br>jason@gerstein-harrow.com<br>**GERSTEIN HARROW LLP**<br>3243B S. La Cienega Blvd.<br>Los Angeles, California 90016<br>Telephone: (323) 744-5293 | JAMES CROOKS (*pro hac vice*)<br>jamie@fairmarklaw.com<br>MICHAEL LIEBERMAN (*pro hac vice*)<br>**FAIRMARK PARTNERS, LLP**<br>1499 Massachusetts Avenue, NW, #113A<br>Washington, DC 20005<br>Telephone: (619) 507-4182<br><br>CHARLES GERSTEIN (*pro hac vice*)<br>charlie@gerstein-harrow.com<br>EMILY GERRICK (*pro hac vice*)<br>**GERSTEIN HARROW LLP**<br>810 7th Street NE, Suite 301<br>Washington, DC 20002<br>Telephone: (202) 670-4809 |

Attorneys for Plaintiffs
AMANDA HOUGHTON, CHARLES DOUGLAS,
and SUSAN FRANKLIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS, LP,<br><br>        Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**NOTICE OF APPEARANCE OF ROHIT D. NATH** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rohit D. Nath of Susman Godfrey L.L.P. hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin (the "Plaintiffs") and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this matter be served upon him at the following address:

> Rohit D. Nath
> **SUSMAN GODFREY L.L.P.**
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067-2906
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
> Email: rnath@susmangodfrey.com

Dated:  October 26, 2023

Respectfully submitted,

STEVEN G. SKLAVER
OLEG ELKHUNOVICH
ROHIT D. NATH
NICHOLAS N. SPEAR
**SUSMAN GODFREY L.L.P.**

By:  /s/ *Rohit D. Nath*
     Rohit D. Nath

STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
ROHIT D. NATH (316062)
rnath@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

JASON HARROW (308560)
jason@gerstein-harrow.com
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, California 90016

Telephone: (323) 744-5293

JAMES CROOKS (*pro hac vice*)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN (*pro hac vice*)
FAIRMARK PARTNERS, LLP
1499 Massachusetts Avenue, NW, #113A
Washington, DC 20005
Telephone: (619) 507-4182

CHARLES GERSTEIN (*pro hac vice*)
charlie@gerstein-harrow.com
EMILY GERRICK (*pro hac vice*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
Telephone: (202) 670-4809

*Attorneys for Plaintiffs*
AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN