UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Amanda Houghton; Charles Douglas; and Susan Franklin, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Compound DAO; Robert Leshner; Geoffrey Hayes; AH Capital Management, LLC; Polychain Alchemy, LLC; Bain Capital Ventures (GP), LLC; Gauntlet Networks, Inc.; Paradigm Operations LP,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-cv-07781-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Case Management Conference**<br>**Date: June 11, 2024**<br>**Time: 2:00 PM**<br>**Courtroom 2 (videoconference)**<br>**Before the Hon. William H. Orrick** |

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10(d), and the Court's Minute Entry dated May 7, 2024 (ECF No. 160), the parties to the above-captioned action hereby jointly submit the following Joint Case Management Statement, reporting progress or changes since the May 7, 2024 Case Management Conference.

## **UPDATES TO CASE SCHEDULE**

On May 7, 2024, the Court amended the currently operative schedule for this matter insofar as it added two additional Case Management Conferences (*see* ECF No. 160; *see also* ECF No. 132):

| Event | Date |
|---|---|
| Case Management Statement | June 4, 2024 |
| Further Case Management Conference | June 11, 2024 at 2:00 p.m. |
| Deadline to Amend Pleadings to add Parties or Claims pursuant to FRCP 15(a)(2) | November 4, 2024 |
| Case Management Statement | November 26, 2024 |
| Further Case Management Conference | December 3, 2024 at 2:00 p.m. |
| Class Certification Motion | February 10, 2025 |
| Opposition to Class Certification | March 24, 2025 |
| Close of Fact Discovery | April 28, 2025 |
| Reply in Support of Class Certification | May 5, 2025 |
| Class Certification Hearing | May 21, 2025 (time TBD) |
| Opening Expert Reports | May 26, 2025 |
| Rebuttal Expert Reports | June 30, 2025 |
| Close of Expert Discovery | August 25, 2025 |
| Summary Judgment Motions | September 29, 2025 |
| Summary Judgment Oppositions | November 24, 2025 |
| Summary Judgment Replies | December 22, 2025 |
| Dispositive Motion Hearing | February 5, 2026 |
| Final Pretrial Conference | April 13, 2026 at 2:00 p.m. |
| Jury Trial | May 11, 2026 at 8:30 a.m. |

**STATUS OF DISCOVERY AND NEXT STEPS**

The parties have finalized search terms and parameters with respect to Plaintiffs' requests for production, and Defendants will proceed with continuing their document review and making additional productions of documents. The parties have agreed to meet and confer this week on a timetable for the substantial completion of document productions in response to outstanding requests for production.

The parties are also continuing to meet and confer on Plaintiffs' responses and objections to certain of Defendants' first set of discovery requests.  Further, Defendants have propounded additional discovery requests regarding exchange platform user agreements that may be relevant to Plaintiffs' acquisition of COMP tokens and the issues in this case.  Should the need arise, the parties will raise any issues or disputes with the Court pursuant to the procedure outlined in Section 4 of the Court's Standing Order for Civil Cases.

Plaintiffs have served subpoenas on seven third-party exchanges on which COMP was traded (e.g., Coinbase) and a subpoena to Compound Labs, Inc. Plaintiffs have subpoenaed third party exchanges for transaction-level data reflecting the trading of COMP during the class period, as well as communications with the Defendants and Compound Labs about COMP. Plaintiffs have met and conferred with the asset exchanges several times over the course of the past four months. Two exchanges, Binance and Gemini, have produced transaction-level data. Plaintiffs and their experts are reviewing this voluminous data, and will follow up with Binance and Gemini to meet and confer as appropriate. Most of the remaining exchanges have agreed to produce relevant transaction-level data and certain other documents, and are in the process of collecting and producing them.

There are no motions pending before the Court.

No settlement discussions have taken place. The Parties have discussed the possibility of settlement discussions and are in compliance with ADR L.R. 3-5, but believe that such settlement discussions are premature at this time.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: June 4, 2024 | **LATHAM & WATKINS LLP** |
| | By: */s/ Morgan E. Whitworth*<br>Matthew Rawlinson (SBN 231890)<br>matt.rawlinson@lw.com<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: +1 (650) 328-4600 |
| | Morgan E. Whitworth (SBN 304907)<br>morgan.whitworth@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| | Douglas K. Yatter (SBN 236089)<br>douglas.yatter@lw.com<br>Benjamin Naftalis (Admitted *pro hac vice*)<br>benjamin.naftalis@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: +1 (212) 906-1200 |
| | Susan E. Engel (Admitted *pro hac vice*)<br>susan.engel@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D. C. 20004<br>Tel: +1 (212) 637-2200 |
| | *Attorneys for AH Capital Management, L.L.C.* |
| Dated: June 4, 2024 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| | By: */s/ Jared Gerber*<br>Jennifer Kennedy Park (SBN 344888)<br>jkpark@cgsh.com<br>1841 Page Mill Rd Suite 250<br>Palo Alto, CA 94304 |
| | Roger A. Cooper (Admitted *pro hac vice*)<br>racooper@cgsh.com<br>Jared Gerber (Admitted *pro hac vice*)<br>jgerber@cgsh.com<br>Samuel Levander (Admitted *pro hac vice*)<br>slevander@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006 |
| | *Attorneys for Defendant*<br>*Polychain Alchemy, LLC* |

| | | |
|---|---|---|
| 1 | Dated: June 4, 2024 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| 2 | | |
| 3 | | By: */s/ Zachary M. Faigen* <br> Peter B. Morrison (SBN 230148) <br> peter.morrison@skadden.com <br> Zachary M. Faigen (SBN 294716) <br> zack.faigen@skadden.com <br> 300 South Grand Avenue, Suite 3400 <br> Los Angeles, California 90071 <br> Telephone: (213) 687-5000 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | Alexander C. Drylewski (Admitted *pro hac vice*) <br> alexander.drylewski@skadden.com <br> One Manhattan West <br> New York, NY 10001 <br> Telephone: (212) 735-3000 |
| 8 | | |
| 9 | | |
| 10 | | *Attorneys for Defendant Paradigm Operations LP* |
| 11 | Dated: June 4, 2024 | **JENNER & BLOCK LLP** |
| 12 | | By: */s/ H. An N. Tran* <br> H. An N. Tran (SBN 267685) <br> ATran@Jenner.com <br> Benjamin T. Hand (SBN 330451) <br> bhand@jenner.com <br> Benjamin T. Halbig (Cal. Bar No. 321523) <br> bhalbig@jenner.com <br> 455 Market Street Suite 2100 <br> San Francisco, CA 94105-2453 <br> Telephone: +1 628 267 6800 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | Kayvan B. Sadeghi (Admitted *pro hac vice*) <br> ksadeghi@jenner.com <br> 1155 Avenue of the Americas <br> New York, NY 10036-2711 <br> Telephone: +1 212 891 1600 |
| 19 | | |
| 20 | | |
| 21 | | *Attorneys for Defendant Bain Capital Ventures (GP), LLC* |
| 22 | Dated: June 4, 2024 | **MORRISON COHEN LLP** |
| 23 | | By: */s/ Michael Mix* <br> Jason Gottlieb (Admitted *pro hac vice*) <br> Edward P. Gilbert (Admitted *pro hac vice*) <br> Michael Mix (Admitted *pro hac vice*) <br> Vani Upadhyaya (Admitted *pro hac vice*) <br> 909 Third Avenue <br> New York, New York 10022 <br> (212) 735-8600 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | *Attorneys for Defendants* <br> *Robert Leshner, Geoffrey Hayes,* |

*and Gauntlet Networks, Inc*

Dated: June 4, 2024

**GERSTEIN HARROW LLP**
**FAIRMARK PARTNERS, LLP**
**SUSMAN GODFREY, L.L.P.**

By: */s/ Rohit D. Nath*
Jason Harrow (Cal. Bar No. 308560)
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293(323) 744-5293

Charles Gerstein (*pro hac vice*)
Emily Gerrick (*pro hac vice*)
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

James Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
FAIRMARK PARTNERS, LLP
1499 Massachusetts Ave. NW, #113A
Washington, DC 20005
jamie@fairmarklaw.com
(619) 507-4182

Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Taylor H. Wilson (*pro hac vice*)
twilson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 4, 2024                         By:   */s/ Rohit D. Nath*
                                                                Rohit D. Nath