# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS, LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO EXTEND TIME WITH RESPECT TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**JURY TRIAL DEMANDED** |

## [~~PROPOSED~~] ORDER

In light of the Parties' stipulated request, and for good cause shown, the Court **ORDERS** that the following briefing schedule shall govern Defendants' Motion to Compel Arbitration and Stay Proceedings:

| Deadline | Date |
|---|---|
| Plaintiffs' Response to Motion to Compel Arbitration and Stay Proceedings | September 16, 2024 |
| Defendants' Reply in Support of Motion to Compel Arbitration and Stay Proceedings | October 11, 2024 |
| Hearing Date | October 30, 2024 |

**IT IS SO ORDERED.**

Dated: August 20, 2024

_____
Hon. William H. Orrick
United States District Judge