UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOUGHTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT LESHNER, et al.,<br><br>    Defendants. | Case No. 22-cv-07781-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 173 |

Plaintiffs submitted their portion of a joint discovery dispute letter concerning the scope of production required in response to their subpoena to third-party Coinbase, Inc. Dkt. No. 173. According to plaintiffs, Coinbase had been engaging in a meet and confer process regarding the scope of its response, but then apparently declined to submit a joint discovery dispute letter because discovery is "mooted" pending my consideration of the named defendants' motion to compel arbitration, set for hearing on November 9, 2024.

Discovery in this matter has not been stayed. The filing of the motion to compel has not "mooted" Coinbase's responsibility to respond to plaintiffs' subpoena.

Plaintiffs shall serve this Order on counsel for Coinbase by email no later than 5:00 p.m. on August 29, 2024. If it wishes to respond, Coinbase shall submit its 2.5 page response to plaintiffs' letter on or before September 3, 2024. Absent further Order, the matter will then be taken under submission.

**IT IS SO ORDERED.**

Dated: August 29, 2024



William H. Orrick
United States District Judge