1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>            Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**[PROPOSED] AMENDED ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON THE COMPOUND DAO** |

As per the Parties' stipulation, the Court hereby **ORDERS** the following briefing schedule on Plaintiffs' Motion for Alternative Service on the Compound DAO (ECF No. 186, the "Motion"):

- The deadline for Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), LLC, Gauntlet Networks, Inc., and Paradigm Operations LP to file any Opposition to the Motion shall be October 22, 2024;

- The deadline for Plaintiffs to reply to any Opposition to the Motion shall be October 25, 2024;

1  • The hearing date on the Motion ~~shall remain~~ <u>is moved to</u> ~~October 30, 2024~~. <u>November 13,</u>

2  <u>2024, to provide the Court the minimum 14 days between the filing of the reply and the</u>

3  <u>hearing date as contemplated by Civil Local Rules 7-2 and 7-3.</u>

4
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

6
7  Dated: October 8, 2024

8  _____
   Honorable William H. Orrick
   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#13312880v2\030892\0001