| | |
|---|---|
| STEVEN G. SKLAVER (237612)<br>ssklaver@susmangodfrey.com<br>OLEG ELKHUNOVICH (269238)<br>oelkhunovich@susmangodfrey.com<br>ROHIT D. NATH (316062)<br>rnath@susmangodfrey.com<br>NICHOLAS N. SPEAR (304281)<br>nspear@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>TAYLOR H. WILSON, JR. (*pro hac vice*)<br>twilson@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 | JASON HARROW (308560)<br>jason@gerstein-harrow.com<br>**GERSTEIN HARROW LLP**<br>3243B S. La Cienega Blvd.<br>Los Angeles, California 90016<br>Telephone: (323) 744-5293<br><br>JAMES CROOKS (*pro hac vice*)<br>jamie@fairmarklaw.com<br>MICHAEL LIEBERMAN (*pro hac vice*)<br>michael@fairmarklaw.com<br>**FAIRMARK PARTNERS, LLP**<br>1001 G Street NW, Suite 400 East<br>Washington, DC 20001<br>Telephone: (619) 507-4182<br><br>CHARLES GERSTEIN (*pro hac vice*)<br>charlie@gerstein-harrow.com<br>**GERSTEIN HARROW LLP**<br>1001 G Street NW, Suite 400 East<br>Washington, DC 20001<br>Telephone: (202) 670-4809 |

Attorneys for Plaintiffs
AMANDA HOUGHTON, CHARLES DOUGLAS,
and SUSAN FRANKLIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS, LP,<br><br>    Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF NICHOLAS N. SPEAR IN SUPPORT OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>DATE:   December 18, 2024<br>TIME:   2:00 p.m.<br>PLACE:  Courtroom 2<br>BEFORE: Hon. William H. Orrick |

I, Nicholas N. Spear, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, a partner with the law firm of Susman Godfrey L.L.P., and counsel of record for Lead Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of Lead Plaintiffs' Motion for Leave to Amend First Amended Complaint.

3. Attached as Exhibit 1 is a true and correct copy of Lead Plaintiffs' proposed Second Amended Complaint.

4. Attached as Exhibit 2 is a true and correct copy of a redline comparing Lead Plaintiffs' proposed Second Amended Complaint to Lead Plaintiffs' First Amended Complaint (Dkt. 76).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2024, at Los Angeles, California.

By: /s/ *Nicholas N. Spear*
Nicholas N. Spear
nspear@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150