**CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP**
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com

1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Roger A. Cooper (Admitted *pro hac vice*)
Jared Gerber (Admitted *pro hac vice*)
Samuel Levander (Admitted *pro hac vice*)

One Liberty Plaza
New York, NY 10006

Attorneys for Defendant
POLYCHAIN ALCHEMY, LLC

[*additional parties in signature block*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Houghton, Charles Douglas; and Susan Franklin,<br><br>Plaintiffs,<br><br>v.<br><br>Compound DAO; Robert Leshner; Geoffrey Hayes; AH Capital Management, LLC; Polychain Alchemy, LLC; Bain Capital Ventures (GP); Gauntlet Networks, Inc.; Paradigm Operations LP,<br><br>Defendants. | Case No. 3:22-cv-07781-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES RE: PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: December 18, 2024<br>Time: 10:00 AM<br>Courtroom: Courtroom 2<br>Before: Hon. William H. Orrick |

Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), Gauntlet Networks, Inc., and Paradigm Operations LP ("Defendants" and, with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, on December 8, 2022, Plaintiffs filed the complaint in the above-captioned action;

**WHEREAS**, on March 31, 2023, Plaintiffs filed the First Amended Complaint (ECF 76);

**WHEREAS**, on November 4, 2024, Plaintiffs filed a Motion for Leave to Amend the First Amended Complaint ("Motion to Amend") (ECF 202);

**WHEREAS**, the deadline for Defendants to file their respective responses to the Motion to Amend (the "Responses") is currently scheduled for November 18, 2024;

**WHEREAS**, the deadline for Plaintiffs to file a reply in support of the Motion to Amend (the "Reply") is currently scheduled for November 25, 2024;

**WHEREAS** to provide the Parties with additional time to file their respective Responses and Replies, the Parties have met and conferred and jointly agree to extend the deadlines for Defendants to file any Responses and for Plaintiffs to file any Replies;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, by and between the undersigned counsel for the Parties, subject to Court approval, as follows:

The deadline for Defendants to file any Responses shall be 30 days after the Court issues an order deciding the Motion to Compel Arbitration and Stay Proceedings (ECF 169); and

The deadline for Plaintiffs to file any Replies shall be 30 days following the filing of any Responses.

DATED:  November 14, 2024

*/s/ Rohit D. Nath*
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com

OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
ROHIT D. NATH (316062)
rnath@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

TAYLOR H. WILSON, JR. (pro hac vice)
twilson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JASON HARROW (308560)
jason@gerstein-harrow.com
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

JAMES CROOKS (pro hac vice)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN (pro hac vice)
FAIRMARK PARTNERS, LLP
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (619) 507-4182

CHARLES GERSTEIN (pro hac vice)
charlie@gerstein-harrow.com
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (202) 670-4809

*Attorneys for Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin*

CLEARY GOTTLIEB STEEN & HAMILTON LLP


*/s/ Samuel Levander*
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

2

Roger A. Cooper (Admitted *pro hac vice*)
racooper@cgsh.com
Jared Gerber (Admitted *pro hac vice*)
jgerber@cgsh.com
Samuel Levander (Admitted *pro hac vice*)
slevander@cgsh.com
One Liberty Plaza
New York, NY 10006
Tel: +1 (212) 225-2000

*Attorneys for Defendant*
*Polychain Alchemy, LLC*

LATHAM & WATKINS LLP


*/s/ Susan E. Engel*
Matthew Rawlinson (SBN 231890)
matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel: +1 (650) 328-4600

Morgan E. Whitworth (SBN 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: +1 (415) 391-0600

Douglas K. Yatter (SBN 236089)
douglas.yatter@lw.com
Benjamin Naftalis (Admitted *pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel: +1 (212) 906-1200

Susan E. Engel (Admitted *pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: +1 (212) 637-2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


*/s/ Peter B. Morrison*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com

3

2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (Admitted *pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

JENNER & BLOCK LLP


*/s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi (Admitted *pro hac vice*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Tel: +1 (212) 891 1600

H. An N. Tran (267685)
atran@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105

Tel: +1 (415) 293-5933

*Attorneys for Defendant Bain Capital Ventures (GP), LLC*

MORRISON COHEN LLP


*/s/ Jason Gottlieb*
Jason Gottlieb (Admitted *pro hac vice*)
jgottlieb@morrisoncohen.com
Michael Mix (Admitted *pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (Admitted *pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Avenue
New York, NY 10022
Tel: +1 (212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)
elondon@londonstoutlaw.com
1999 Harrison St., Suite 655
Oakland, CA 94612
Tel: +1 (415) 862-8494

*Attorneys for Defendants*
*Robert Leshner, Geoffrey Hayes,*

*and Gauntlet Networks, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**



Dated: November 15, 2024                    By:_____
                                            HONORABLE WILLIAM H. ORRICK III
                                            UNITED STATES DISTRICT JUDGE

## <u>FILER'S ATTESTATION</u>

I, Samuel Levander, am the ECF User whose ID and password are being used to file this Joint Stipulation And [Proposed] Order To Extend Deadlines re: Plaintiffs' Motion for Leave to Amend the First Amended Complaint. In compliance with Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.


                                  By:___*/s/ Samuel Levander*_____
                                            Samuel Levander