PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Tel: (213) 687-5000

ALEXANDER C. DRYLEWSKI (*admitted pro hac vice*)
alexander.drylewski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (202) 371-7000

*Attorneys for Defendant*
*Paradigm Operations LP*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON; CHARLES DOUGLAS; and SUSAN FRANKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>COMPOUND DAO; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>Defendants. | CASE NO.: 3:22-CV-07781-WHO<br><br>Judge: Hon. William H. Orrick<br>Complaint Filed: December 8, 2022<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Alchemy, LLC, Bain Capital Ventures (GP), Gauntlet Networks, Inc., and Paradigm Operations LP ("Defendants" and, with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, on May 7, 2024, the Court set a Further Case Management Conference for December 3, 2024 at 2:00 p.m. (ECF 160);

**WHEREAS**, on November 4, 2024, Plaintiffs filed a Motion for Leave to Amend First Amended Complaint (ECF 202 ("Motion for Leave"));

**WHEREAS**, per the Parties' so-ordered stipulation, Defendants' response to the Motion for Leave is currently due December 26, 2024 (*see* ECF 212, 213); and

**WHEREAS**, the Parties have met and conferred and agree that, in light of the upcoming holidays and the press of business, the Further Case Management Conference currently set for December 3, 2024 should be continued, and the deadline for Defendants to respond to the Motion for Leave should be extended;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. The Further Case Management Conference currently set for December 3, 2024 shall be continued to January 7, 2025 at 2:00 p.m.

2. The deadline for Defendants to respond to the Motion for Leave shall be extended to January 22, 2025.

DATED: November 26, 2024

*/s/ Nicholas N. Spear*
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
ROHIT D. NATH (316062)
rnath@susmangodfrey.com

NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

TAYLOR H. WILSON, JR. (pro hac vice)
twilson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JASON HARROW (308560)
jason@gerstein-harrow.com
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

JAMES CROOKS (pro hac vice)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN (pro hac vice)
FAIRMARK PARTNERS, LLP
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (619) 507-4182

CHARLES GERSTEIN (pro hac vice)
charlie@gerstein-harrow.com
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (202) 670-4809

*Attorneys for Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Samuel Levander*
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

Roger A. Cooper (Admitted *pro hac vice*)
racooper@cgsh.com
Jared Gerber (Admitted *pro hac vice*)

2

JOINT STIPULATION CONTINUING CMC AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
CASE NO.: 3:22-CV-07781-WHO

|   |   |
|---|---|
| 1 | jgerber@cgsh.com |
| 2 | Samuel Levander (Admitted *pro hac vice*)<br>slevander@cgsh.com |
| 3 | One Liberty Plaza<br>New York, NY 10006 |
| 4 | Tel: +1 (212) 225-2000 |

*Attorneys for Defendant Polychain Alchemy, LLC*

LATHAM & WATKINS LLP

*/s/ Susan E. Engel*
Matthew Rawlinson (SBN 231890)
matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel: +1 (650) 328-4600

Morgan E. Whitworth (SBN 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: +1 (415) 391-0600

Douglas K. Yatter (SBN 236089)
douglas.yatter@lw.com
Benjamin Naftalis (Admitted *pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel: +1 (212) 906-1200

Susan E. Engel (Admitted *pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: +1 (212) 637-2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Peter B. Morrison*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (Admitted *pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

JENNER & BLOCK LLP

*/s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi (Admitted *pro hac vice*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Tel: +1 (212) 891 1600

H. An N. Tran (267685)
atran@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105
Tel: +1 (415) 293-5933

*Attorneys for Defendant Bain Capital Ventures (GP), LLC*

MORRISON COHEN LLP

*/s/ Jason Gottlieb*
Jason Gottlieb (Admitted *pro hac vice*)
jgottlieb@morrisoncohen.com
Michael Mix (Admitted *pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (Admitted *pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Avenue
New York, NY 10022
Tel: +1 (212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland, CA 94612
Tel: +1 (415) 862-8494

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2024

By:_____

HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

### FILER'S ATTESTATION

I, Peter B. Morrison, am the ECF User whose ID and password are being used to file this Joint Stipulation (1) Continuing Case Management Conference And (2) Extending Time For Defendants To Respond To Motion For Leave To File Amended Complaint. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: */s/ Peter B. Morrison*
Peter B. Morrison