1  LATHAM & WATKINS LLP
   Douglas K. Yatter (SBN 236089)
2   douglas.yatter@lw.com
   Benjamin Naftalis (Admitted *pro hac vice*)
3   benjamin.naftalis@lw.com
   1271 Avenue of the Americas
4  New York, NY 10020
   Tel: +1 (212) 906-1200
5
   Matthew Rawlinson (SBN 231890)
6   matt.rawlinson@lw.com
   140 Scott Drive
7  Menlo Park, CA 94025
   Tel: +1 (650) 328-4600
8
   *Attorneys for AH Capital Management, L.L.C.*
9
   [Additional Counsel on Signature Page]
10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| Amanda Houghton; Charles Douglas; and Susan Franklin, on behalf of themselves and all others similarly situated, | Case No.: 3:22-cv-07781-WHO |
| | **NOTICE OF APPEAL** |
| Plaintiffs, | |
| | Honorable William H. Orrick |
| v. | |
| Compound DAO; Robert Leshner; Geoffrey Hayes; AH Capital Management, LLC; Polychain Alchemy, LLC; Bain Capital Ventures (GP), LLC; Gauntlet Networks, Inc.; Paradigm Operations LP, | |
| Defendants. | |
| AH Capital Management, LLC, et al., | |
| Counterclaimants, | |
| v. | |
| Amanda Houghton, et al., | |
| Counterclaim Defendants. | |

NOTICE IS HEREBY GIVEN THAT, Defendants AH Capital Management, L.L.C. ("a16z"), Polychain Alchemy, LLC ("Polychain"), Paradigm Operations LP ("Paradigm"); Bain Capital Ventures (GP), LLC ("Bain"); Robert Leshner ("Leshner"), Geoffrey Hayes ("Hayes"), and Gauntlet Networks, Inc. ("Gauntlet") (together "Defendants"), hereby appeal to the United States Court of Appeals for the Ninth Circuit this Court's Order Denying Motion to Compel Arbitration and Granting Motion for Alternative Service, entered in this action on November 25, 2024 (Dkt. 213). This appeal is being taken pursuant to 28 U.S.C. § 1291 and the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B). A true and correct copy of the Order is attached as Exhibit 1. A true and correct copy of the Circuit Rule 3-2 Representation Statement is also attached.

DATED: November 26, 2024

LATHAM & WATKINS LLP

 /s/ Susan E. Engel
Susan E. Engel (Admitted *pro hac vice*)
 susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Douglas K. Yatter (SBN 236089)
 douglas.yatter@lw.com
Benjamin Naftalis (Admitted *pro hac vice*)
 benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel: +1 (212) 906-1200

Matthew Rawlinson (CA Bar No. 231890)
 matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
 morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant AH Capital Management, L.L.C.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Roger A. Cooper*
Roger A. Cooper (Admitted *pro hac vice*)
racooper@cgsh.com
Jared Gerber (Admitted *pro hac vice*)
jgerber@cgsh.com
Samuel Levander (Admitted *pro hac vice*)
slevander@cgsh.com
One Liberty Plaza
New York, NY 10006
Tel: +1 (212) 225-2000

Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: +1 (650) 815-4100

*Attorneys for Defendant*
*Polychain Alchemy, LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Peter B. Morrison*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (Admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

JENNER & BLOCK LLP

*/s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi (Admitted *pro hac vice*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Tel: +1 (212) 891 1600

H. An N. Tran (SBN 267685)
atran@jenner.com
525 Market Street 29th Floor
San Francisco, CA 94105
Tel: +1 (628) 267-6800

*Attorneys for Defendant Bain Capital Ventures (GP), LLC*

MORRISON COHEN LLP

*/s/ Jason Gottlieb*
Jason Gottlieb (Admitted *pro hac vice*)
jgottlieb@morrisoncohen.com
Michael Mix (Admitted *pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (Admitted *pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Avenue
New York, NY 10022
Tel: +1 (212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)
elondon@londonnaor.com
1999 Harrison St., Suite 655
Oakland, CA 94612
Tel: +1 (415) 862-8494

*Attorneys for Defendants*
*Robert Leshner, Geoffrey Hayes,*
*and Gauntlet Networks, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Notice of Appeal.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Susan E. Engel, attest that concurrence in the filing of this document has been obtained.

DATED:  November 26, 2024          */s/ Susan E. Engel*
                                    Susan E. Engel