UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS, LP,<br><br>　　　　Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME WITH RESPECT TO LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR *CHUMAN* CERTIFICATION**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

In light of the Parties' stipulated request, and for good cause shown, the Court **ORDERS** that the deadline for Lead Plaintiffs' Reply in Support of Motion for *Chuman* Certification shall be December 30, 2024.

**IT IS SO ORDERED.**

Dated: December 26, 2024

　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　United States District Judge