UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMANDA HOUGHTON; et al.,<br><br>        Plaintiff-ctr-defendants -<br>Appellees,<br><br>  v.<br><br>POLYCHAIN ALCHEMY, LLC; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>COMPOUND DAO,<br><br>        Defendant,<br><br>AH CAPITAL MANAGEMENT, LLC; et al.,<br><br>        Defendant-ctr-claimants -<br>Appellants. | No. 24-7243<br><br>D.C. No.<br>3:22-cv-07781-WHO<br><br>Northern District of California,<br>San Francisco<br><br>MANDATE |

The judgment of this Court, entered October 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellants, Polychain Alchemy, LLC, Paradigm

Operations, LP, Robert Leshner, AH Capital Management, LLC, Gauntlet

Networks, Inc., Bain Capital Ventures (GP), LLC, and Geoffrey Hayes, in the

amount of $227.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT