UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LESHNER; GEOFFREY HAYES; COMPOUND DAO; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Case Management Conference**<br><br>Date: December 16, 2025<br>Time: 2:00 p.m.<br>Courtroom 2 (videoconference)<br>Before the Hon. William H. Orrick |

Pursuant to Fed. R. Civ. P. 16, Local Rule 16-10(d), and the Court's Minute Entry of November 12, 2025, the parties to the above-captioned action hereby jointly submit the following Joint Case Management Statement, reporting progress or changes since the last Case Management Statement was filed on December 31, 2024 (Dkt. 232).

**1.    Case Schedule**

On November 26, 2024, Defendants filed a Notice of Appeal concerning the Court's denial of their Motion to Compel Arbitration. *See* Dkt. 215. On January 28, 2025, this Court denied Plaintiffs' Motion for *Chuman* Certification. *See* Dkt. 242. The case was stayed pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), during the pendency of Defendants' appeal. The Ninth Circuit affirmed this Court's denial of Defendants' Motion to Compel Arbitration on October 21, 2025. *Houghton v. Polychain Alchemy, LLC*, 2025 WL 2965204 (9th Cir. Oct. 21, 2025). The mandate subsequently issued on November 12, 2025. *See* Dkt. 248.

The Parties propose the following schedule to govern proceedings in this matter going forward:

| Event | Date |
| --- | --- |
| Class Certification Motion | August 21, 2026 |
| Opposition to Class Certification | October 2, 2026 |
| Close of Fact Discovery | November 6, 2026 |
| Reply in Support of Class Certification | November 13, 2026 |
| Class Certification Hearing | December 2, 2026 |
| Opening Expert Merits Reports (for any issue on which a party bears the burden of proof) | December 16, 2026 |
| Rebuttal Expert Merits Reports | February 5, 2027 |
| Close of Expert Discovery | April 2, 2027 |
| Summary Judgment Motions | April 23, 2027 |
| Summary Judgment Oppositions | June 18, 2027 |
| Summary Judgment Replies | July 16, 2027 |
| Dispositive Motion Hearing | September 1, 2027 |
| Final Pretrial Conference | November 5, 2027 at 2:00 p.m. |
| Jury Trial | December 6, 2027 at 8:30 a.m. |

Plaintiffs reserve the right to seek leave to file an Expert Reply Merits Report. The Parties agree to produce materials relied upon by experts in preparing any expert report within three (3) business days of producing the report at class certification or the merits.

**2.   Discovery**

The Parties are in the process of meeting and conferring regarding discovery issues. The Parties anticipate serving additional written discovery requests. Plaintiffs are also working with third-party subpoena recipients concerning document and data productions and depositions. The Parties will work together to notice and schedule depositions. Should the need arise, the Parties will

raise any issues or disputes with the Court pursuant to the procedure outlined in Section 4 of the Court's Standing Order for Civil Cases.

### 3. Motion for Leave to Amend Complaint

Plaintiffs previously filed a Motion for Leave to Amend on November 4, 2024, which was administratively terminated in light of the discovery stay and pending appeal. *See* Dkts. 202, 244. Plaintiffs intend to file another Motion for Leave to Amend. The Parties are meeting and conferring concerning the proposed amended complaint, including the schedule for any opposition to leave to amend and/or any motions to dismiss.

### 4. Service of Compound DAO

Pursuant to the Court's order regarding service of the Compound DAO, Plaintiffs submitted a forum post to the Compound Community Forum that became publicly available on December 10, 2024. *See* Dkt. Nos. 213, 223. Plaintiffs' position is that under Federal Rule of Civil Procedure 12(a)(1), the Compound DAO's deadline to answer or otherwise file a responsive pleading was December 31, 2024. The Compound DAO did not answer or file a responsive pleading by that date. Plaintiffs intend to request entry of default. Defendants disagree with Plaintiffs' characterization of the "Compound DAO," including that it is a juridical entity capable of being served in this matter, and reserve all rights and defenses with respect to Plaintiffs' purported service, any request for entry of default, or otherwise.

### 5. ADR

The parties are in compliance with ADR L.R. 3-5 and have scheduled a mediation for February 2026.

3
JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO

Dated: December 9, 2025                    Respectfully submitted,

**MORRISON COHEN LLP**

*/s/ Michael A. Mix*
Jason P. Gottlieb (*pro hac vice*)
jgottlieb@morrisoncohen.com
Michael A. Mix (*pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (*pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Ave.
New York, NY 10022
Telephone: (212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland CA 94612
Telephone: (415) 862-8495

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**LATHAM & WATKINS LLP**

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth (304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Douglas K. Yatter (236089)
douglas.yatter@lw.com
Benjamin Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 637-2200

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
Telephone: (202) 637-2200

*Attorneys for Defendant
AH Capital Management, L.L.C.*

4
JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO

|   |   |
|---|---|
| 1 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 2 |   |
| 3 | /s/ Samuel Levander<br>Jennifer Kennedy Park (344888)<br>jkpark@cgsh.com |
| 4 | 1841 Page Mill Rd Suite 250<br>Palo Alto, CA 94304 |
| 5 | Telephone: (650) 815-4100 |
| 6 | Roger A. Cooper (*pro hac vice*)<br>racooper@cgsh.com |
| 7 | Samuel Levander (*pro hac vice*)<br>slevander@cgsh.com |
| 8 | One Liberty Plaza<br>New York, NY 10006 |
| 9 | Telephone: (212) 225-2000 |
| 10 | *Attorneys for Defendant Polychain Alchemy, LLC* |
| 11 | **JENNER & BLOCK LLP** |
| 12 | /s/ Kayvan B. Sadeghi<br>H. An N. Tran (267685) |
| 13 | atran@jenner.com<br>525 Market Street, 29th Floor |
| 14 | San Francisco, CA 94105<br>Telephone: (628) 267-6800 |
| 15 |   |
| 16 | Kayvan B. Sadeghi (*pro hac vice*)<br>ksadeghi@jenner.com |
| 17 | 1155 Avenue of the Americas<br>New York, NY 10036 |
| 18 | Telephone: (212) 891-1600 |
| 19 | *Attorneys for Defendant*<br>*Bain Capital Ventures (GP), LLC* |
| 20 |   |
| 21 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| 22 | /s/ Zachary M. Faigen |
| 23 | Peter B. Morrison (230148)<br>peter.morrison@skadden.com |
| 24 | Zachary M. Faigen (294716)<br>zack.faigen@skadden.com |
| 25 | 2000 Avenue of the Stars, Suite 200N<br>Los Angeles, CA 90067 |
| 26 | Telephone: (213) 687-5000 |
| 27 | Alexander C. Drylewski (*pro hac vice*)<br>alexander.drylewski@skadden.com |
| 28 | One Manhattan West<br>New York, NY 10001 |

Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

**GERSTEIN HARROW LLP**

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
charlie@gerstein-harrow.com
810 7th Street NE, Suite 301
Washington, DC 20002
Telephone: (202) 670-4809

Jason Harrow (308560)
jason@gerstein-harrow.com
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

**FAIRMARK PARTNERS, LLP**

*/s/ Michael Lieberman*
James Crooks (*pro hac vice*)
jamie@fairmarklaw.com
Michael Lieberman (*pro hac vice*)
michael@fairmarklaw.com
1499 Massachusetts Avenue, NW, #113A
Washington, DC 20005
Telephone: (619) 507-4182

**SUSMAN GODFREY L.L.P.**

*/s/ Nicholas N. Spear*
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Taylor H. Wilson, Jr. (*pro hac vice*)
twilson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

## **ATTESTATION**

In compliance with Local Civil Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Nicholas N. Spear*
Nicholas N. Spear