UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** December 16, 2025 | **Time:** 4 minutes<br>2:14 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-07781-WHO | **Case Name:** Houghton v. Leshner | |

**Attorneys for Plaintiff:** Nicholas N. Spear and Taylor H. Wilson, Jr.

**Attorneys for Defendants:** Jason P. Gottlieb, Michael A. Mix, Morgan Whitworth, Samuel Levander, Kayvan B. Sadeghi, Alexander C. Drylewski, and Zachary M. Faigen

**Deputy Clerk:** Jean Davis                **Court Reporter:** Robin Herrera

PROCEEDINGS

Case Management Conference conducted via videoconference. Parties' schedule adopted with the modifications noted below.

REFERRALS:

[ X ]  Case referred to Private Mediation to be completed in February 2026.

**Further Case Management Conference set for July 7, 2026 at 2:00 p.m.** Joint case management statement due June 30, 2026.

**CLASS CERTIFICATION SCHEDULE:**
**Motion:**        August 21, 2026
**Opposition:**    October 2026
**Reply:**         November 13, 2026
**Hearing:**       December 2, 2026

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **November 6, 2026** |
| **Expert disclosure:** | **December 16, 2026** |
| **Expert rebuttal:** | **February 5, 2027** |
| **Expert discovery cutoff:** | **April 2, 2027** |
| **Dispositive Motions heard by:** | **September 1, 2027** |
| **Pretrial Conference:** | **November 8, 2027 at 2:00 p.m.** |
| **Trial:** | **December 6, 2027 at 8:30 a.m. by Jury** |