UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPOUND DAO, a California general partnership; ROBERT LESHNER; GEOFFREY HAYES; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**JOINT REQUEST TO CLARIFY SCHEDULING ORDER**<br><br>**Re: Case Management Conference**<br><br>**Held on: December 16, 2025**<br>**Time: 2:00 p.m.**<br>**Courtroom 2 (videoconference)**<br>**Before the Hon. William H. Orrick** |

On December 9, 2025, the parties to the above-captioned case submitted a joint case-management statement that included an agreed-to proposed schedule (ECF No. 249). At the December 16, 2025 status conference, the Court stated that it would adopt the parties' proposed schedule, with the exception of the pretrial conference date, which the Court would move. (ECF No. 253). The Court subsequently entered a minute order that included most, but not all, of the deadlines in the parties' proposed schedule (ECF No. 251).

The parties seek clarification that all of the deadlines in the agreed-to proposed schedule (with the exception of the modified pretrial conference date) are adopted by the Court. Specifically, the Court's minute order did not include the specific date for Defendants' opposition to Plaintiffs' motion for class certification (October 2, 2026), and although the Court's order included a deadline for dispositive motions, it did not include the parties' agreed-to briefing schedule for dispositive motions. The parties therefore jointly and respectfully request that the Court amend its minute order

of December 16 (ECF No. 251) to include these additional dates. For the Court's convenience, the additional dates (underlined) alongside the currently ordered dates are as follows:

**CLASS CERTIFICATION SCHEDULE**:

Motion: August 21, 2026

Opposition: October <u>2,</u> 2026

Reply: November 13, 2026

Hearing: December 2, 2026

**PRETRIAL SCHEDULE**:

Fact discovery cutoff: November 6, 2026

Expert disclosure: December 16, 2026

Expert rebuttal: February 5, 2027

Expert discovery cutoff: April 2, 2027

<u>Dispositive Motions Due: April 23, 2027</u>

<u>Responses to Dispositive Motions Due: June 18, 2027</u>

<u>Replies in Support of Dispositive Motions Due: July 16, 2027</u>

Dispositive Motions heard by: September 1, 2027

Pretrial Conference: November 8, 2027 at 2:00 p.m.

Trial: December 6, 2027 at 8:30 a.m. by Jury

Dated: January 5, 2026                                      Respectfully submitted,

**GERSTEIN HARROW LLP**

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
charlie@gerstein-harrow.com
1629 Columbia Road NW, Suite 302
Washington, DC 20009

Telephone: (202) 670-4809

Jason Harrow (308560)
jason@gerstein-harrow.com
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

**FAIRMARK PARTNERS, LLP**

*/s/ James Crooks*
James Crooks (*pro hac vice*)
jamie@fairmarklaw.com
Michael Lieberman (*pro hac vice*)

1499 Massachusetts Avenue, NW, #113A
Washington, DC 20005
Telephone: (619) 507-4182

**SUSMAN GODFREY L.L.P.**

*/s/ Steven G. Sklaver*
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com

Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029

Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Taylor H. Wilson, Jr. (*pro hac vice*)
twilson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

**MORRISON COHEN LLP**

*/s/ Michael A. Mix*
Michael A. Mix (*pro hac vice*)
mmix@morrisoncohen.com
Jason P. Gottlieb (*pro hac vice*)
jgottlieb@morrisoncohen.com

3

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO

Vani Upadhyaya (*pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Ave.
New York, NY 10022
Telephone: (212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland CA 94612
Telephone: (415) 862-8495

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**LATHAM & WATKINS LLP**

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth (304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Douglas K. Yatter (236089)
douglas.yatter@lw.com
Benjamin Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 637-2200

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
Telephone: (202) 637-2200

*Attorneys for Defendant
AH Capital Management, L.L.C.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*/s/ Samuel Levander*
Samuel Levander (*pro hac vice*)
slevander@cgsh.com
Roger A. Cooper (*pro hac vice*)
racooper@cgsh.com
Victoriya Levina (*pro hac vice*)
vlevina@cgsh.com
Andrew G. Khanarian (*pro hac vice*)

akhanarian@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

Jennifer Kennedy Park (344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100

*Attorneys for Defendant Polychain Alchemy, LLC*

**JENNER & BLOCK LLP**

*/s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi (*pro hac vice*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

Benjamin T. Hand (330451)
bhand@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (628) 267-6800

*Attorneys for Defendant*
*Bain Capital Ventures (GP), LLC*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Zachary M. Faigen*
Zachary M. Faigen (294716)
zack.faigen@skadden.com
Peter B. Morrison (230148)
peter.morrison@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000

Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

**ATTESTATION**

In compliance with Local Civil Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

                                                    */s/ Charles Gerstein*
                                                    Charles Gerstein