| | |
|---|---|
| 1 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 2 | Jennifer Kennedy Park (SBN 344888) |
| | jkpark@cgsh.com |
| 3 | |
| 4 | 1841 Page Mill Rd Suite 250 |
| | Palo Alto, CA 94304 |
| 5 | Tel: +1 (650) 815-4100 |

1   **CLEARY GOTTLIEB STEEN**
    **& HAMILTON LLP**
2   Jennifer Kennedy Park (SBN 344888)
    jkpark@cgsh.com
3
    1841 Page Mill Rd Suite 250
4   Palo Alto, CA 94304
    Tel: +1 (650) 815-4100
5
    Roger A. Cooper (Admitted pro hac vice)
6   Samuel Levander (Admitted pro hac vice)
    Victoriya Levina (Admitted pro hac vice)
7   Andrew G. Khanarian (Admitted pro hac vice)

8   One Liberty Plaza
    New York, NY 10006
9
    Attorneys for Defendant
10  POLYCHAIN ALCHEMY, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amanda Houghton; Charles Douglas; and Susan Franklin, <br><br> Plaintiffs, <br><br> v. <br><br> Compound DAO; Robert Leshner; Geoffrey Hayes; AH Capital Management, LLC; Polychain Alchemy, LLC; Bain Capital Ventures (GP), LLC; Gauntlet Networks, Inc.; Paradigm Operations LP, <br><br> Defendants. | Case No. 3:22-cv-07781-WHO <br><br> **DECLARATION OF SAMUEL LEVANDER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES RE: THE SECOND AMENDED COMPLAINT** |

I, Samuel Levander, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law, duly licensed and authorized to practice law in the State of New York. On February 2, 2023, this Court approved my application to appear before this Court *pro hac vice*.

2. I am a partner of Cleary Gottlieb Steen & Hamilton LLP, counsel to Polychain Alchemy LLC ("Polychain Alchemy") in this action. I am fully familiar with the facts and circumstances set forth herein.

3. I make this declaration pursuant to Local Rule 6-2(a) and in support of the accompanying Joint Stipulation and [Proposed] Order Setting Deadlines re: the Second Amended Complaint.[1]

4. On November 4, 2024, Plaintiffs filed a Motion for Leave to Amend the First Amended Complaint.

5. On January 28, 2025, proceedings were stayed pending resolution of Defendants' appeal to the Ninth Circuit of the Court's order denying Defendants' motion to compel arbitration (ECF No. 242), and the Motion to Amend was administratively terminated, with the Clerk's Notice stating that "[t]he motions may be re-noticed when the stay is lifted" (ECF No. 243).

6. Plaintiffs sent to Defendants a proposed Second Amended Complaint on December 12, 2025.

7. The Parties have met and conferred and jointly agreed to a schedule for briefing on any motion to dismiss the proposed Second Amended Complaint. Plaintiffs and Defendants stipulate and agree to the following deadlines regarding the Motion to Amend:

- Plaintiffs shall file the Second Amended Complaint within one business day of the Court's order entering this stipulation;
- The filing of the Second Amended Complaint shall be without prejudice to any of Defendants' or Proposed Defendants' rights, claims, or defenses, and shall in no way impair or waive any of Defendants' or Proposed Defendants' rights to raise (in a Motion to Dismiss or otherwise) any defense in response to Plaintiffs' claims that could have been

---

[1] Each capitalized term used but not defined here has the meaning ascribed to it in the Joint Stipulation and [Proposed] Order Setting Deadlines re: the Second Amended Complaint.

raised in an opposition to a motion to amend, including, but not limited to, any argument or defense that the Proposed Defendants cannot properly be added as defendants to this action;

- Defendants and/or Proposed Defendants shall file any Motions to Dismiss within 14 days of the filing of the Second Amended Complaint;

- Plaintiffs shall file any oppositions to the Motions to Dismiss by 21 days after the filing of any Motions to Dismiss;

- Defendants and Proposed Defendants shall file any replies in support of the Motions to Dismiss by 14 days after the filing of such oppositions;

- Any Defendant or Proposed Defendant need not answer the Second Amended Complaint until after the Court adjudicates all Motions to Dismiss, and the Parties agree to meet and confer within five business days of the Court's ruling on the Motions to Dismiss to set a deadline for Defendants to answer the Second Amended Complaint; and

- Plaintiffs agree that they will not conduct discovery with respect to the Proposed Defendants prior to the deadline to file any Motion to Dismiss, and further agree not to conduct discovery with respect to the Proposed Defendants during the pendency of any Motion to Dismiss filed by the Proposed Defendants.

8. There have been three previous extensions with respect to the Motion to Amend. *See* ECF Nos. 212, 216, 240. There have been several other previous time modifications in this litigation, whether by stipulation or by Court order (ECF Nos. 30, 75, 86, 96, 139, 172, 189, 230).

9. The requested time modification would not have a material impact on the overall schedule of the case.

I declare that the foregoing is true and correct to the best of my knowledge.

Executed in New York, NY on January 14, 2026.

Samuel Levander