## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 13, 2026 | **Time:** 23 minutes 2:26 p.m. to 2:49 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-07781-WHO | **Case Name:** Houghton v. Leshner | |

**Attorneys for Plaintiffs:**  Taylor Wilson and Nicholas Spear
**Attorneys for Defendants:**  Susan Engel, Michael Mix, Morgan Whitworth, Samuel Levander, Kayvan Sadeghi, Zachary M. Faigen, and Alex Drylewski

**Deputy Clerk:** Jean Davis                           **Court Reporter:** Andrea Bluedorn

### PROCEEDINGS

Hearing on multiple motions to dismiss conducted via videoconference. Court summarizes tentative and advises counsel as to appropriate scope of argument. Argument of counsel heard. Motions taken under submission; written order to follow.