**[Counsel on Signature Page]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LESHNER; GEOFFREY HAYES; COMPOUND DAO; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN VENTURES LP; POLYCHAIN MASTER FUND I LP; POLYCHAIN PARALLEL FUND I LP; DFINITY ECOSYSTEM FUND LP; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Case Management Conference**<br><br>**Date: August 11, 2026**<br>**Time: 2:00 p.m.**<br>**Courtroom 2 (videoconference)**<br>**Before the Hon. William H. Orrick** |

Pursuant to Fed. R. Civ. P. 16, Local Rule 16-10(d), and the Court's Minute Entry of July 6, 2026 (Dkt. 312), the Parties to the above-captioned action hereby jointly submit this Joint Case Management Statement, confirming that there have been no changes since the last Case Management Statement was filed on June 30, 2026 (Dkt. 311). Defendants' position is that all discovery is stayed under the PSLRA while the motions to dismiss remain pending. The Parties

will work together to propose a new case schedule promptly after the motions to dismiss are resolved.

Dated: August 4, 2026                    Respectfully submitted,

**MORRISON COHEN LLP**

/s/ Michael A. Mix
Jason P. Gottlieb (*pro hac vice*)
jgottlieb@morrisoncohen.com
Michael A. Mix (*pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (*pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Ave.
New York, NY 10022
Telephone: (212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland CA 94612
Telephone: (415) 862-8495

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**LATHAM & WATKINS LLP**

/s/ Morgan E. Whitworth
Morgan E. Whitworth (304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Douglas K. Yatter (236089)
douglas.yatter@lw.com
Benjamin Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 637-2200

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
Telephone: (202) 637-2200

*Attorneys for Defendant*
*AH Capital Management, L.L.C.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*/s/ Samuel Levander*
Jennifer Kennedy Park (344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100

Roger A. Cooper (*pro hac vice*)
racooper@cgsh.com
Samuel Levander (*pro hac vice*)
slevander@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

*Attorneys for Defendants Polychain Ventures LP;*
*Polychain Master Fund I LP; Polychain Parallel*
*Fund I LP; Dfinity Ecosystem Fund LP; and*
*Polychain Alchemy, LLC*

**JENNER & BLOCK LLP**

*/s/ Kayvan B. Sadeghi*
Benjamin T. Hand (SBN CA 330451)
BHand@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2453
Telephone: (628) 267 6800
Facsimile: (628) 267 6859

Kayvan B. Sadeghi (*pro hac vice*)
ksadeghi@jenner.com
Anna M. Windemuth (*pro hac vice*)
awindemuth@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Defendant*
*Bain Capital Ventures (GP), LLC*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Zachary M. Faigen*
Peter B. Morrison (230148)
peter.morrison@skadden.com
Zachary M. Faigen (294716)

3

zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000

Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

**GERSTEIN HARROW LLP**

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
charlie@gerstein-harrow.com
810 7th Street NE, Suite 301
Washington, DC 20002
Telephone: (202) 670-4809

Jason Harrow (308560)
jason@gerstein-harrow.com
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

**FAIRMARK PARTNERS, LLP**

*/s/ Michael Lieberman*
James Crooks (*pro hac vice*)
jamie@fairmarklaw.com
Michael Lieberman (*pro hac vice*)
michael@fairmarklaw.com
1499 Massachusetts Avenue, NW, #113A
Washington, DC 20005
Telephone: (619) 507-4182

**SUSMAN GODFREY L.L.P.**

*/s/ Nicholas N. Spear*
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO

Taylor H. Wilson, Jr. (*pro hac vice*)
twilson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO

## **ATTESTATION**

In compliance with Local Civil Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Samuel Levander*
Samuel Levander

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-07781-WHO