**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, and SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br> v.<br><br>ROBERT LESHNER; GEOFFREY HAYES; COMPOUND DAO; AH CAPITAL  MANAGEMENT, LLC; POLYCHAIN  VENTURES LP; POLYCHAIN MASTER  FUND I LP; POLYCHAIN PARALLEL FUND I LP; DFINITY ECOSYSTEM FUND LP; POLYCHAIN ALCHEMY, LLC; BAIN  CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS, LP,<br><br>        Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO EXTEND TIME WITH RESPECT TO MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' ANSWERS**<br><br>**JURY TRIAL DEMANDED** |

Lead Plaintiffs Amanda Houghton, Charles Douglas, and Susan Franklin, individually and on behalf of all others similarly situated (together, "Plaintiffs") and Defendants Robert Leshner, Geoffrey Hayes, AH Capital Management, LLC, Polychain Ventures LP, Polychain Master Fund I LP, Polychain Parallel Fund I LP, DFINITY Ecosystem Fund LP, Polychain Alchemy, LLC, Bain Capital Ventures (GP), LLC, Gauntlet Networks, Inc., and Paradigm Operations, LP (together, "Defendants," and together with Plaintiffs, the "Parties") stipulate and agree as follows:

**WHEREAS**, on December 8, 2022, Plaintiffs filed the Complaint (Dkt. 1) in the above-captioned action;

**WHEREAS**, on March 31, 2023, Plaintiffs filed the First Amended Complaint (Dkt 76);

**WHEREAS**, on October 31, 2023, the Court held a Case Management Conference, setting the deadline for any Motion for Class Certification as February 10, 2025; the deadline for any

Opposition for March 24, 2025; the deadline for any Reply for May 5, 2025; and a hearing on any such Motion for May 21, 2025, *see* Dkt. 132;

**WHEREAS**, on November 26, 2024, Defendants filed a Notice of Appeal regarding an interlocutory appeal of their motion to compel arbitration, Dkt. 215;

**WHEREAS**, on November 12, 2025, the mandate issued by the Ninth Circuit regarding that interlocutory appeal of Defendants' motion to compel arbitration (Dkt. 248);

**WHEREAS**, on December 16, 2025, the Court held a Case Management Conference, setting the deadline for any Motion for Class Certification as August 21, 2026; the deadline for any Opposition for October 2, 2026; the deadline for any Reply for November 13, 2026; and a hearing on any such Motion for December 2, 2026, *see* Dkts. 251, 255;

**WHEREAS**, on January 14, 2026, the  Parties filed a stipulation in which, among other things, the Parties agreed that "[a]ny Defendant or Proposed Defendant need not answer the Second Amended Complaint until after the Court adjudicates all Motions to Dismiss, and the Parties agree to meet and confer within five business days of the Court's ruling on the Motions to Dismiss to set a deadline for Defendants to answer the Second Amended Complaint," and the Court so-ordered such stipulation on January 15, 2026, *see* Dkts. 260-61 (the "January Stipulation");

**WHEREAS**, on January 16, 2026, Plaintiffs filed the Second Amended Complaint (Dkt. 263);

**WHEREAS**, on January 30, 2026, certain Defendants filed Motions to Dismiss the Second Amended Complaint, *see* Dkts. 268, 275, 276, 278, 279;

**WHEREAS**, Defendants' position was that all discovery was stayed under the PSLRA while the motions to dismiss were pending, *see* Dkt. 311;

**WHEREAS**, on August 10, 2026, the Court entered an Order (Dkt. 316) denying the Motions to Dismiss, setting a Case Management Conference for September 8, 2026, and directing the Parties to file a Case Management Statement by September 1, 2026 that should consider "whether any change in the trial schedule is necessary";

**WHEREAS**, the parties are meeting and conferring about a proposed new case schedule;

**WHEREAS**, to provide the Parties with time to meet and confer about the proposed new case schedule, including a new deadline for Plaintiffs to file their motion lfr class certification and a new deadline for Defendants to answer the Second Amended Complaint pursuant to the January Stipulation, the Parties have met and conferred and jointly agree to stay the deadlines for any Motion for Class Certification and Defendants' answers to the Second Amended Complaint pending the implementation of a new case schedule;

**WHEREAS**, there have been no previous extensions with respect to Lead Plaintiffs' Motion for Class Certification other than the amended schedule after the interlocutory Ninth Circuit appeal; there have been no previous extensions with respect to Defendants' answers to the Second Amended Complaint other than as set forth in the January Stipulation; and other time modifications in this case have been done by stipulation or court order and have been reasonable in light of the complexity of this case, *see* Dkts. 30, 75, 86, 96, 139, 172, 189, 212, 216, 230, 241, 261, 282;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, by and between the undersigned counsel for the Parties, subject to Court approval, that the deadlines for any Motion for Class Certification, Opposition, Reply, and the corresponding hearing date, as well as the deadline for Defendants to answer the Second Amended Complaint are hereby **STAYED** pending entry of a case scheduling order in light of the Court's decision on Defendants' motions to dismiss.

Dated: August 12, 2026                    Respectfully submitted,

                                          **GERSTEIN HARROW LLP**

                                          */s/ Charles Gerstein*
                                          Charles Gerstein (*pro hac vice*)
                                          charlie@gerstein-harrow.com
                                          1629 Columbia Road NW, Suite 302
                                          Washington, DC 20009
                                          Telephone: (202) 670-4809

                                          Jason Harrow (308560)
                                          jason@gerstein-harrow.com
                                          3243B S. La Cienega Blvd.
                                          Los Angeles, California 90016
                                          Telephone: (323) 744-5293

STIPULATED REQUEST TO EXTEND TIME
Case No. 3:22-cv-07781-WHO

**FAIRMARK PARTNERS, LLP**

*/s/ Michael Lieberman*
James Crooks (*pro hac vice*)
jamie@fairmarklaw.com
Michael Lieberman (*pro hac vice*)
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182

**SUSMAN GODFREY L.L.P.**

*/s/ Nicholas N. Spear*
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Taylor H. Wilson, Jr. (*pro hac vice*)
twilson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

**MORRISON COHEN LLP**

*/s/ Michael A. Mix*
Jason P. Gottlieb (*pro hac vice*)
jgottlieb@morrisoncohen.com
Michael A. Mix (*pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (*pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Ave.
New York, NY 10022
Telephone: (212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland CA 94612
Telephone: (415) 862-8484

4
STIPULATED REQUEST TO EXTEND TIME
Case No. 3:22-cv-07781-WHO

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**LATHAM & WATKINS LLP**

*/s/ Morgan E. Whitworth*

Matthew Rawlinson (231890)
matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600

Morgan E. Whitworth (304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Douglas K. Yatter (236089)
douglas.yatter@lw.com
Benjamin Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 637-2200

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
Telephone: (202) 637-2200

*Attorneys for Defendant*
*AH Capital Management, L.L.C.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*/s/ Samuel Levander*

Jennifer Kennedy Park (344888)
jkpark@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100

Roger A. Cooper (*pro hac vice*)
racooper@cgsh.com
Jared M. Gerber (*pro hac vice*)
jgerber@cgsh.com
Samuel Levander (*pro hac vice*)
slevander@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

5

*Attorneys for Defendant Polychain Alchemy, LLC*

**JENNER & BLOCK LLP**

*/s/ Kayvan Sadeghi*
Kayvan B. Sadeghi (*pro hac vice*)
ksadeghi@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

*Attorneys for Defendant*
*Bain Capital Ventures (GP), LLC*

**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**

*/s/ Zachary M. Faigen*
Peter B. Morrison (230148)
peter.morrison@skadden.com
Zachary M. Faigen (294716)
zack.faigen@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000

Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

STIPULATED REQUEST TO EXTEND TIME
Case No. 3:22-cv-07781-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: August 12, 2026                    By: _____
                                              HONORABLE WILLIAM H. ORRICK III
                                              UNITED STATES DISTRICT JUDGE

7

**ATTESTATION**

In compliance with Local Civil Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

/s/ *Nicholas N. Spear*
Nicholas N. Spear