UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOUGHTON, CHARLES DOUGLAS, AND SUSAN FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LESHNER; GEOFFREY HAYES; COMPOUND DAO; AH CAPITAL MANAGEMENT, LLC; POLYCHAIN VENTURES LP; POLYCHAIN MASTER FUND I LP; POLYCHAIN PARALLEL FUND I LP; DFINITY ECOSYSTEM FUND LP; POLYCHAIN ALCHEMY, LLC; BAIN CAPITAL VENTURES (GP), LLC; GAUNTLET NETWORKS, INC.; PARADIGM OPERATIONS LP,<br><br>Defendants. | Case No. 3:22-cv-7781-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Case Management Conference**<br><br>**Date: September 8, 2026**<br>**Time: 2:00 p.m.**<br>**Courtroom 2 (videoconference)**<br>**Before the Hon. William H. Orrick** |

Pursuant to Fed. R. Civ. P. 16, Local Rule 16-10(d), and the Court's Order on August 10, 2026 (Dkt. 316), the Parties to the above-captioned action hereby jointly submit the following Joint Case Management Statement, reporting progress or changes since the last Case Management Statement was filed on August 4, 2026 (Dkt. 313).

## 1. Appeal

On August 27, 2026, Defendants Polychain Ventures LP, Polychain Master Fund I LP, Polychain Parallel Fund I LP, and Dfinity Ecosystem Fund LP (together, the "New Polychain Defendants") filed a notice of appeal of the Court's Order Denying the New Polychain Defendants' Motion to Dismiss (Dkt. 316) to the United States Court of Appeals for the Ninth Circuit (Dkt. 325). The New Polychain Defendants have taken the position that discovery is automatically stayed as to the New Polychain Defendants during the pendency of the appeal based on binding precedent

from the Supreme Court and Ninth Circuit. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023) (explaining that "an appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal,'" and that when "the question on appeal is whether the case belongs . . . in the district court, the entire case is essentially 'involved in the appeal'" (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)); *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992); *see also Est. of Kennedy v. Bell Helicopter Textron, Inc.,* 283 F.3d 1107, 1111 (9th Cir. 2002) (holding that an order declining to apply a statute of repose "falls within the collateral order doctrine" because a statute of repose creates the "right to be free from the burdens of trial" and "proceeds on the basis that it is unfair to make somebody defend an action long after something was done"). Plaintiffs disagree with the New Polychain Defendants' position, including their interpretations of *Coinbase*, *Griggs*, *Chuman*, and *Kennedy*, and reserve all rights to object or seek relief regarding the New Polychain Defendants' position.

**2. <u>Case Schedule</u>**

On August 24, 2026, the Court granted the Parties' Stipulated Request to Amend Case Scheduling Order (Dkt. 322) (the "Stipulation"). The Stipulation stayed all deadlines as to AH Capital Management, LLC and Paradigm Operations, LP and sets the following deadlines for Plaintiffs and Defendants Robert Leshner, Geoffrey Hayes, Polychain Alchemy, LLC, Bain Capital Ventures (GP), LLC, and Gauntlet Networks, Inc.:

| Event | Deadline |
|---|---|
| Answers to the Second Amended Complaint | 09/18/26 |
| Motion for Class Certification | 04/21/27 |
| Opposition to Class Certification | 06/02/27 |
| Fact Discovery Cutoff | 07/02/27 |

| | |
|---|---|
| Reply ISO Class Certification | 07/13/27 |
| Hearing re: Class Certification | 08/04/27 |
| Expert Disclosure | 08/16/27 |
| Expert Rebuttal | 10/05/27 |
| Expert Discovery Cutoff | 12/02/27 |
| Dispositive Motions Due | 12/17/27 |
| Responses to Dispositive Motions Due | 02/18/28 |
| Replies in Support of Dispositive Motions Due | 03/16/28 |
| Dispositive Motions Heard By | 05/03/28 |
| Pretrial Conference | 07/10/28 |
| Jury Trial | 08/07/28 |

**3. Discovery**

The Parties met and conferred on August 27, 2026 to discuss outstanding discovery disputes, pending written discovery requests, and deposition logistics. Plaintiffs are also conducting third-party discovery. The Parties will work together to notice and schedule depositions, including for third parties. Should the need arise, the Parties will raise any discovery issues or disputes with the Court pursuant to the procedure outlined in Section 4 of the Court's Standing Order for Civil Cases.

**4. Settlement**

Plaintiffs, AH Capital Management, LLC and Paradigm Operations, LP reached an agreement in principle to settle this action as to them on behalf of a proposed settlement class. Plaintiffs are preparing a motion for preliminary approval of the class action settlement as to Defendants AH Capital Management and Paradigm.

Dated: September 1, 2026

Respectfully submitted,

**MORRISON COHEN LLP**

*/s/ Michael A. Mix*
Jason P. Gottlieb (*pro hac vice*)
jgottlieb@morrisoncohen.com
Michael A. Mix (*pro hac vice*)
mmix@morrisoncohen.com
Vani Upadhyaya (*pro hac vice*)
vupadhyaya@morrisoncohen.com
909 Third Ave.
New York, NY 10022
Telephone: (212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (325580)
elondon@londonnaor.com
1999 Harrison St., Suite 2010
Oakland CA 94612
Telephone: (415) 862-8495

*Attorneys for Defendants Robert Leshner, Geoffrey Hayes, and Gauntlet Networks, Inc.*

**LATHAM & WATKINS LLP**

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth (304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Douglas K. Yatter (236089)
douglas.yatter@lw.com
Benjamin Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 637-2200

Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, N.W., Suite 100
Washington, D.C. 20004
Telephone: (202) 637-2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

/s/ Samuel Levander
Jennifer Kennedy Park (344888)
jkpark@cgsh.com
151 University Avenue
Palo Alto, CA 94301
Telephone: (650) 815-4100

Roger A. Cooper (*pro hac vice*)
racooper@cgsh.com
Samuel Levander (*pro hac vice*)
slevander@cgsh.com
Andrew G. Khanarian (*pro hac vice*)
akhanarian@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

*Attorneys for Defendants Polychain Ventures LP; Polychain Master Fund I LP; Polychain Parallel Fund I LP; Dfinity Ecosystem Fund LP; and Polychain Alchemy, LLC*

**JENNER & BLOCK LLP**

/s/ Kayvan B. Sadeghi
Benjamin T. Hand (SBN CA 330451)
BHand@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2453
Telephone: (628) 267 6800
Facsimile: (628) 267 6859

Kayvan B. Sadeghi (*pro hac vice*)
ksadeghi@jenner.com
Anna M. Windemuth (*pro hac vice*)
awindemuth@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Defendant Bain Capital Ventures (GP), LLC*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Zachary M. Faigen
Peter B. Morrison (230148)
peter.morrison@skadden.com
Zachary M. Faigen (294716)

zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000

Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

**GERSTEIN HARROW LLP**

*/s/ Charles Gerstein*
Charles Gerstein (*pro hac vice*)
charlie@gerstein-harrow.com
1319 F St., NW, Suite 301
Washington, DC 20004
Telephone: (202) 670-4809

Jason Harrow (308560)
jason@gerstein-harrow.com
3243B S. La Cienega Blvd.
Los Angeles, California 90016
Telephone: (323) 744-5293

**FAIRMARK PARTNERS, LLP**

*/s/ Michael Lieberman*
James Crooks (*pro hac vice*)
jamie@fairmarklaw.com
Michael Lieberman (*pro hac vice*)
michael@fairmarklaw.com
400 7th St NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182

**SUSMAN GODFREY L.L.P.**

*/s/ Nicholas N. Spear*
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Taylor H. Wilson, Jr. (*pro hac vice*)
twilson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs*

**ATTESTATION**

In compliance with Local Civil Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Nicholas N. Spear*
Nicholas N. Spear