UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMANDA HOUGHTON; et al.,

Plaintiff-counter-defendants - Appellees,

v.

POLYCHAIN VENTURES, LP; et al.,

Defendants - Appellants,

COMPOUND DAO; et al.,

Defendants.

No. 26-5714

D.C. No.
3:22-cv-07781-WHO
Northern District of California,
San Francisco

ORDER

Before: TALLMAN and TUNG, Circuit Judges.

The motion (Docket Entry No. 11) to stay is referred to the panel that will be assigned to decide the merits of this appeal.

The existing briefing schedule remains in effect.